UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN PICCININNI and JUDITH PICCININNI,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>Defendants. | 2:11-CV-01663-PMP-VCF<br><br><u>ORDER</u> |

     IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Emergency Motion for Preliminary Injunction (Doc. #4) on Monday, November 14, 2011 at 3:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

     IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendants with any documents that are presently on file in this action, together with a copy of this Order.

DATED:   October 25, 2011

_____
PHILIP M. PRO
United States District Judge