UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEPHEN PICCININNI, *et al.,*              )
                                            )        2:11-CV-01663-PMP-VCF
                     Plaintiffs,            )
                                            )
vs.                                         )
                                            )        **ORDER**
MORTGAGE ELECTRONIC                         )
REGISTRATION SYSTEMS, INC., *et al.,*       )
                                            )
                     Defendants.            )
_____ )

         On February 13, 2012, the Court entered Judgment in Favor of Defendants and

Against Plaintiffs (Docs. #51 & #52).  On March 12, 2012, Plaintiffs' filed a Motion to

Alter or Amend Clerk's Judgment (Doc. #54).  Plaintiffs' Motion has been the subject of

extensive briefing by the Parties with Oppositions filed by all Defendants (Docs. #55, #58

and #59) and Plaintiffs' Reply (Doc. #60).  Having read and considered the foregoing, and

for the reasons set forth in the responses and oppositions filed by Defendants, the Court

finds no good cause is presented by Plaintiffs to warrant alteration or amendment of the

Court's Judgment (Docs. #51 & #52) entered February 13, 2012.

         **IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Alter or Amend

Clerk's Judgment (Doc. #54) is **DENIED**.

         DATED: April 19, 2012.

_____
PHILIP M. PRO
United States District Judge