UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEPHEN PICCININNI, *et al.*,

    Plaintiffs,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,

    Defendants.

2:11-CV-01663-PMP-VCF

**ORDER**

    On February 13, 2012, the Court entered Judgment in Favor of Defendants and Against Plaintiffs (Docs. #51 & #52). On March 12, 2012, Plaintiffs' filed a Motion to Alter or Amend Clerk's Judgment (Doc. #54). Plaintiffs' Motion has been the subject of extensive briefing by the Parties with Oppositions filed by all Defendants (Docs. #55, #58 and #59) and Plaintiffs' Reply (Doc. #60). Having read and considered the foregoing, and for the reasons set forth in the responses and oppositions filed by Defendants, the Court finds no good cause is presented by Plaintiffs to warrant alteration or amendment of the Court's Judgment (Docs. #51 & #52) entered February 13, 2012.

    **IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Alter or Amend Clerk's Judgment (Doc. #54) is **DENIED**.

    DATED: April 19, 2012.

_____
PHILIP M. PRO
United States District Judge